443 A.2d 374

Commonwealth v. Pittman, Appellant.

Submitted March 23, 1981. Bruce D. Foreman, for appel-

lant; Marion E. MacIntyre, First Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and LIPEZ, JJ.

Order affirmed.